Case 4:18-mj-00926-BP Document 1 Filed 05/08/18 Page 1 of 2

FILED
MAY 0 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W18CR149 |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: 18 U.S.C. 1029(a)(3) & (c)(1)(a)(i) – Possession of Fifteen or More Counterfeit or Unauthorized Access Devices] |
| MATTHEW JOSHUA PUMPHREY, | * | |
| Defendant | * | 4:18mj0926 |

THE GRAND JURY CHARGES:

On or about February 27, 2018, in the Western District of Texas, the Defendant,

**MATTHEW JOSHUA PUMPHREY,**

knowingly and with intent to defraud, possessed at least fifteen (15) unauthorized access devices, the said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(a)(i).

A TRUE BILL:

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 20__

_____
FOREPERSON

JOHN F. BASH
United States Attorney



By: _MARY F. KUCERA_
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

1076110

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.

MATTHEW JOSHUA PUMPHREY
*Defendant*

Case No. W18CR149

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MATTHEW JOSHUA PUMPHREY, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. 1029(a)(2) & (b)(1) – Access Device Fraud; 18 U.S.C. 2 - Aiding and Abetting

Count 2: 18 U.S.C. 1028(a)(7) & (b)(2) - Possession of a Stolen or Unlawfully Produced Document; 18 U.S.C. 2 - Aiding and Abetting

Date: May 8, 2018

*Issuing officer's signature*

City and state: Waco, Texas

Thomas Bruce, Operations Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |